JS-6

| | |
|---|---|
| 1 | ROBERT R. POWELL, ESQ.   CSB# 159747 |
| 2 | DENNIS R. INGOLS, ESQ.    CSB# 236458 |
|   | BRETT O. TERRY, ESQ.      CSB# 270694 |
| 3 | LAW OFFICES OF ROBERT R. POWELL |
|   | 925 West Hedding Street |
| 4 | San Jose, California 95126 |
| 5 | (408) 553-0200 Telephone |
|   | (408) 553-0203 Facsimile |
| 6 | E: rpowell@rrpassociates.com |
| 7 | |
|   | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(Eastern Division - Riverside)

| | |
|---|---|
| A.F.(m), A.F.(f), B.F, minors, by and through their Guardian Ad Litem, Donnie R. Cox, | Case No: EDCV12-0896 VAP (SPx) |
| | [PROPOSED] JUDGMENT |
| Plaintiffs | |
| vs. | |
| COUNTY OF SAN BERNARDINO, RONETTA PULLINS, LUCY MICHELANGELINI, JOSHUA FOSTER FAMILY AGENCY INC., and DOES 1 – 10, inclusive, | |
| Defendants. | |

Plaintiffs herein, by and through their counsel, submitted a Request for

Judgment ("Request") on May 24, 2015, setting forth a proposed distribution of

the $1,000,000 default judgment the Court recently awarded to Plaintiffs as

1

against Defendant Joshua Foster Family Agency.

Upon review of the file and consideration of the Request, the Declaration of Plaintiffs' counsel and supporting documentation submitted therewith, and noting the ~~opposition and/or~~ non-opposition of any Defendant, the Court does hereby find and order as follows:

**GOOD CAUSE APPEARING,**

1. The minor Plaintiffs' claims against Defendant Joshua Foster Family Agency have been decided by default, in the amount of $1,000,000.00, as set forth in the Order Granting Application for Default Judgment. (Docket #69)

2. Proceeds from the judgment are to be distributed as follows:

    a. Plaintiffs' attorneys' are awarded $775.00 for litigation costs.

    b. Plaintiffs' attorneys are awarded attorneys' fees equal to one-third of the net proceeds of the judgment (($1,000,000 - $775) * 1/3 = $333,075)).

    c. Plaintiffs shall divide the remaining $666,150 as follows:

        i. A.F.(m) shall receive $400,000.00, to be divided equally between The A___ F___ Special Needs Trust and an annuity. The proceeds of this Judgment payable to A.F.(m), including the initial lump sum payment of $200,000, and the future structured annuity payments (as described in the Request and accompanying documents), are irrevocably assigned to The A___ F___ Special Needs Trust.

2

[Proposed] Judgment
A.F. (m), et al., v. County of San Bernardino, et al.
U.S. District Court – Central District
Case No.: EDCV12-0896 VAP (SPx)

      ii. A.F.(f) and B.F. shall receive a combined $266,150.00, to be placed into matching annuities, such that the future payouts will be equal, and payable on their respective 30th, 35th, and 40th birthdays, as described in the Request and accompanying documents.

**IT IS SO ORDERED**

Dated: July 7, 2015                  _____
                                                   Hon. Virginia A. Phillips
                                                   United States District Judge

3

[Proposed] Judgment
A.F. (m), et al., v. County of San Bernardino, et al.
U.S. District Court – Central District
Case No.: EDCV12-0896 VAP (SPx)